IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 03-CR-5 (HL) |
| **HAROLD LEWIS,** | RE: VIOLATION OF SUPERVISED RELEASE |
| Defendant | |

## ORDER OF DETENTION PENDING TRIAL

Defendant HAROLD LEWIS, a supervised releasee in the above-captioned proceeding, this day appeared before the undesigned after having previously appeared in the U. S. District Court for the Eastern District of North Carolina for REMOVAL proceedings. A review of proceedings in North Carolina reveals that defendant Lewis was afforded a Detention Hearing in that district and was, in fact, detained on March 23, 2010, on the oral order of U. S. Magistrate Judge James E. Gates. However, no formal Order of Detention was entered.

Accordingly, in order to clarify the status of defendant Lewis, IT IS ORDERED AND DIRECTED that he be DETAINED. He is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED AND DIRECTED, this 14th day of APRIL, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE